# EXHIBIT A

# WORKERS COMPENSATION APPLICATION

**DATE (MM/DD/YYYY):** 04/18/2011

**AGENCY:** TEE & GEE U/W MGRS LP
8131 LBJ FREEWAY
SUITE 750
Dallas, TX 75251

**PHONE (A/C, No, Ext):** 972-590-7000
**FAX (A/C, No):**
**E-MAIL ADDRESS:**
**CODE:** TXTNGU10    **SUB CODE:**
**AGENCY CUSTOMER ID:**

**COMPANY:** NorGUARD Insurance Company
**UNDERWRITER:**

**APPLICANT NAME:** I.T.D. Contracting Inc.
**MAILING ADDRESS (including ZIP + 4):** 540 East 22nd Street, Suite 4J, Brooklyn NY 11226
**E-MAIL ADDRESS:**

**YRS IN BUS:** 1   **SIC:**   **NAICS:**
[ ] INDIVIDUAL   [X] CORPORATION   [ ] LLC
[ ] PARTNERSHIP   [ ] SUBCHAPTER "S" CORP

**CREDIT BUREAU NAME:**
**FEDERAL EMPLOYER ID NUMBER:** 30-0678856
**NCCI ID NUMBER:**
**ID NUMBER:**
**OTHER RATING BUREAU ID OR STATE EMPLOYER REGISTRATION NUMBER:**

## STATUS OF SUBMISSION
[ ] QUOTE   [X] ISSUE POLICY
[ ] BOUND (Give date and/or attach copy)
[ ] ASSIGNED RISK (Attach ACORD 133)

## BILLING/AUDIT INFORMATION
**BILLING PLAN:** [ ] AGENCY BILL   [X] DIRECT BILL
**PAYMENT PLAN:** [ ] ANNUAL  [X] Monthly  [ ] SEMI-ANNUAL  [ ] QUARTERLY  % DOWN:
**AUDIT:** [X] AT EXPIRATION   [ ] MONTHLY   [ ] SEMI-ANNUAL   [ ] QUARTERLY

## LOCATIONS

| LOC # | STREET, CITY, COUNTY, STATE, ZIP CODE |
|---|---|
| 000 | 540 East 22nd Street, Suite 4J, Brooklyn, Kings NY 11226 |
| 001 | 540 East 22nd Street, Suite 4J, Brooklyn, Kings NY 11226 |

## POLICY INFORMATION

**PROPOSED EFF DATE:** 04/18/2011
**PROPOSED EXP DATE:** 04/18/2012
**NORMAL ANNIVERSARY RATING DATE:**
[ ] PARTICIPATING   [X] NON-PARTICIPATING
**RETRO PLAN:**

**PART 1 - WORKERS COMPENSATION (States):** NY
**PART 2 - EMPLOYER'S LIABILITY:**
$ 100,000 EACH ACCIDENT
$ 500,000 DISEASE-POLICY LIMIT
$ 100,000 DISEASE-EACH EMPLOYEE
**PART 3 - OTHER STATES INS:**
**DEDUCTIBLES:** [ ] MEDICAL  [ ] INDEMNITY   **AMOUNT/%:** 0
**OTHER COVERAGES:** [ ] U.S.L. & H.  [ ] VOLUNTARY COMP  [ ] FOREIGN COV
[ ] MANAGED CARE OPTION

**DIVIDEND PLAN/SAFETY GROUP:**
**ADDITIONAL COMPANY INFORMATION:**

## RATING INFORMATION

| STATE | LOC # | CLASS CODE | DESCR CODE | CATEGORIES, DUTIES, CLASSIFICATIONS | # EMPLOYEES FULL TIME | # EMPLOYEES PART TIME | ESTIMATED ANNUAL REMUNERATION | RATE | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|
| NY | | 5221 | | CONCRETE/CEMENT WK-FLOORS,DRI | | | 25,000 | 14.54 | 3,635 |

| STATE: | FACTOR | FACTORED PREMIUM | | FACTOR | FACTORED PREMIUM | SPECIFY ADDITIONAL COVERAGES / ENDORSEMENTS |
|---|---|---|---|---|---|---|
| TOTAL | | $ | EXPENSE CONSTANT | N/A | $ | |
| INCREASED LIMITS | | $ | TAXES / ASSESSMENTS | N/A | $ | |
| DEDUCTIBLE | | $ | | | $ | |
| | | $ | ESTIMATED ANNUAL PREMIUM | N/A | $ | |
| EXPERIENCE OR MERIT MODIFICATION | | $ | | | | |
| LOSS CONSTANT | N/A | $ | | | | |
| ASSIGNED RISK SURCHARGE | | $ | | | | |
| ARAP | | $ | | | | |
| | | $ | | | | |
| SCHEDULE RATING | | $ | | | | |
| CCPAP | | $ | TOTAL EST ANNUAL PREMIUM | N/A | $ 4,512 * | |
| STANDARD PREMIUM | | $ | MINIMUM PREMIUM | | $ | |
| PREMIUM DISCOUNT | | $ | DEPOSIT PREMIUM | | $ | |

ACORD 130 (2005/08)

© ACORD CORPORATION 1980-2005
* includes State Fees
ITWC207596

## INDIVIDUALS INCLUDED/EXCLUDED

PARTNERS, OFFICERS, RELATIVES TO BE INCLUDED OR EXCLUDED. (Remuneration to be included must be part of rating information section.)

| STATE | LOC # | NAME | DATE OF BIRTH | TITLE/RELATIONSHIP | OWNERSHIP % | DUTIES | INC/EXC | CLASS CODE | REMUNERATION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## PRIOR CARRIER INFORMATION/LOSS HISTORY

PROVIDE INFORMATION FOR THE PAST 5 YEARS AND USE THE REMARKS SECTION FOR LOSS DETAILS | LOSS RUN ATTACHED

| YEAR | CARRIER & POLICY NUMBER | | ANNUAL PREMIUM | MOD | # CLAIMS | AMOUNT PAID | RESERVE |
|---|---|---|---|---|---|---|---|
| | CO: | | | | | | |
| | POL #: | | | | | | |
| | CO: | | | | | | |
| | POL #: | | | | | | |
| | CO: | | | | | | |
| | POL #: | | | | | | |
| | CO: | | | | | | |
| | POL #: | | | | | | |
| | CO: | | | | | | |
| | POL #: | | | | | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS

GIVE COMMENTS AND DESCRIPTIONS OF BUSINESS, OPERATIONS AND PRODUCTS: MANUFACTURING-- RAW MATERIALS, PROCESSES, PRODUCT, EQUIPMENT. CONTRACTOR-- TYPE OF WORK, SUB-CONTRACTS. MERCANTILE--MERCHANDISE, CUSTOMERS, DELIVERIES. SERVICE--TYPE, LOCATION. FARM--ACREAGE, ANIMALS, MACHINERY, SUB-CONTRACTS.

Concrete Driveways and Sidewalks

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 1. DOES APPLICANT OWN, OPERATE OR LEASE AIRCRAFT/WATERCRAFT? | | X |
| 2. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X |
| 3. ANY WORK PERFORMED UNDERGROUND OR ABOVE 15 FEET? | | X |
| 4. ANY WORK PERFORMED ON BARGES, VESSELS, DOCKS, BRIDGE OVER WATER? | | X |
| 5. IS APPLICANT ENGAGED IN ANY OTHER TYPE OF BUSINESS? | | X |
| 6. ARE SUB-CONTRACTORS USED? (IF YES, GIVE % OF WORK SUBCONTRACTED) | | X |
| 7. ANY WORK SUBLET WITHOUT CERTIFICATES OF INS.? | | |
| 8. IS A WRITTEN SAFETY PROGRAM IN OPERATION? | X | |
| 9. ANY GROUP TRANSPORTATION PROVIDED? | | |
| 10. ANY EMPLOYEES UNDER 16 OR OVER 60 YEARS OF AGE? | | |
| 11. ANY SEASONAL EMPLOYEES? | | |
| 12. IS THERE ANY VOLUNTEER OR DONATED LABOR? | | X |
| 13. ANY EMPLOYEES WITH PHYSICAL HANDICAPS? | | |
| 14. DO EMPLOYEES TRAVEL OUT OF STATE? | | |
| 15. ARE ATHLETIC TEAMS SPONSORED? | | |
| 16. ARE PHYSICALS REQUIRED AFTER OFFERS OF EMPLOYMENT ARE MADE? | | |
| 17. ANY OTHER INSURANCE WITH THIS INSURER? | | |

| EXPLAIN ALL "YES" RESPONSES | YES | NO |
|---|---|---|
| 18. ANY PRIOR COVERAGE DECLINED/CANCELLED/NON-RENEWED (Last 3 years)?   NOT APPLICABLE IN MO | | X |
| 19. ARE EMPLOYEE HEALTH PLANS PROVIDED? | | X |
| 20. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS/SUBSIDIARY? | | |
| 21. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 22. DO ANY EMPLOYEES PREDOMINANTLY WORK AT HOME? | | |
| 23. ANY TAX LIENS OR BANKRUPTCY WITHIN THE LAST 5 YEARS? | | |
| 24. ANY UNDISPUTED AND UNPAID WORKERS COMPENSATION PREMIUM DUE FROM YOU OR ANY COMMONLY MANAGED OR OWNED ENTERPRISES? IF YES, EXPLAIN INCLUDING ENTITY NAME(S) AND POLICY NUMBER(S). | | |

### CONTACT INFORMATION

| | | |
|---|---|---|
| IN-SPECTION | PHONE: | 718-257-4251 |
| | NAME: | Mr. Ritchie |
| | E-MAIL: | |
| ACCTNG RECORD | PHONE: | |
| | NAME: | |
| | E-MAIL: | |
| CLAIMS INFO | PHONE: | |
| | NAME: | |
| | E-MAIL: | |

APPLICABLE IN TENNESSEE: IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO ANY PARTY TO A WORKERS COMPENSATION TRANSACTION FOR THE PURPOSE OF COMMITTING FRAUD. PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, HI, NE, OH, OK, OR, TN or VT; in DC, LA, ME and VA, insurance benefits may also be denied)

REMARKS (Attach additional sheets if more space is required)

| APPLICANT'S SIGNATURE | DATE | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|
| | | | |

ACORD 130 (2005/08)

ITWC207596