**EXHIBIT D**

# WORKERS COMPENSATION APPLICATION

**DATE (MM/DD/YYYY):**

| AGENCY NAME AND ADDRESS | COMPANY: | NorGUARD Insurance Company |
|---|---|---|
| NORTHEAST COVERAGES | UNDERWRITER: | |
| 152 MINEOLA BLVD | APPLICANT NAME: | TD CONSTRUCTION SERVICES CORP |
| Mineola, NY, 11501 | OFFICE PHONE: | MOBILE PHONE: |

| | | |
|---|---|---|
| | MAILING ADDRESS (including ZIP + 4 or Canadian Postal Code) | YRS IN BUS: 0 |
| | 63 FLUSHING AVE | SIC: |
| PRODUCER NAME: 516-543-0411 | UNIT 346 | NAICS: |
| CS REPRESENTATIVE NAME: | BROOKLYN NY 11205 | WEBSITE ADDRESS: |
| OFFICE PHONE (A/C, No, Ext) | E-MAIL ADDRESS: | |

| | | | | |
|---|---|---|---|---|
| MOBILE PHONE: | SOLE PROPRIETOR | X CORPORATION | LLC | TRUST |
| FAX (A/C, No): | PARTNERSHIP | SUBCHAPTER "S" CORP | JOINT VENTURE | OTHER |
| E-MAIL ADDRESS: | CREDIT BUREAU NAME: | | ID NUMBER: | |
| CODE: NYRMAI10  SUB CODE: | FEDERAL EMPLOYER ID NUMBER | NCCI RISK ID NUMBER | OTHER RATING BUREAU ID OR STATE EMPLOYER REGISTRATION NUMBER | |
| AGENCY CUSTOMER ID: | | | | |

## STATUS OF SUBMISSION / BILLING / AUDIT INFORMATION

| STATUS OF SUBMISSION | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|
| QUOTE  X ISSUE POLICY | | ANNUAL  X Monthly | X AT EXPIRATION  MONTHLY |
| BOUND (Give date and/or attach copy) | AGENCY BILL | SEMI-ANNUAL | SEMI-ANNUAL |
| ASSIGNED RISK (Attach ACORD 133) | X DIRECT BILL | QUARTERLY  % DOWN: | QUARTERLY |

## LOCATIONS

| LOC # | HIGHEST FLOOR | STREET, CITY, COUNTY, STATE, ZIP CODE |
|---|---|---|
| 000 | | 63 FLUSHING AVE, UNIT 346, BROOKLYN, Kings NY 11205 |
| 001 | | 63 FLUSHING AVE, UNIT 346, BROOKLYN, Kings NY 11205 |

## POLICY INFORMATION

| PROPOSED EFF DATE | PROPOSED EXP DATE | NORMAL ANNIVERSARY RATING DATE | PARTICIPATING | RETRO PLAN |
|---|---|---|---|---|
| 09/28/2012 | 09/28/2013 | | X NON-PARTICIPATING | |

| PART 1 - WORKERS COMPENSATION (States) | PART 2 - EMPLOYER'S LIABILITY | PART 3 - OTHER STATES INS | DEDUCTIBLES (N/A in WI) | AMOUNT / % (N/A in WI) | OTHER COVERAGES | |
|---|---|---|---|---|---|---|
| NY | $100,000 EACH ACCIDENT | | MEDICAL | | U.S.L. & H. | MANAGED CARE OPTION |
| | $500,000 DISEASE-POLICY LIMIT | | INDEMNITY | 0 | VOLUNTARY COMP | |
| | $100,000 DISEASE-EACH EMPLOYEE | | | | FOREIGN COV | |

| DIVIDEND PLAN/SAFETY GROUP | ADDITIONAL COMPANY INFORMATION |
|---|---|
| | |

SPECIFY ADDITIONAL COVERAGES / ENDORSEMENTS (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

## TOTAL ESTIMATED ANNUAL PREMIUM - ALL STATES

| TOTAL ESTIMATED ANNUAL PREMIUM ALL STATES | TOTAL MINIMUM PREMIUM ALL STATES | TOTAL DEPOSIT PREMIUM ALL STATES |
|---|---|---|
| $9,959 * | $ | $ |

## CONTACT INFORMATION

| TYPE | NAME | OFFICE PHONE | MOBILE PHONE | E-MAIL |
|---|---|---|---|---|
| INSPECTION | ATHINA ROBINSON | 718-360-5057 | | |
| ACCTNG RECORD | | | | |
| CLAIMS INFO | | | | |

## INDIVIDUALS INCLUDED / EXCLUDED

PARTNERS, OFFICERS, RELATIVES (Must be employed by business operations) TO BE INCLUDED OR EXCLUDED (Remuneration/Payroll to be included must be part of rating information section.)
Exclusions in Missouri must meet the requirements of Section 287.090 RSMo.

| STATE | LOC # | NAME | DATE OF BIRTH | TITLE/ RELATIONSHIP | OWNER- SHIP % | DUTIES | INC/EXC | CLASS CODE | REMUNERATION/PAYROLL |
|---|---|---|---|---|---|---|---|---|---|
| | | ATHINA ROBINSON | | | | | E | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## STATE RATING WORKSHEET

FOR MULTIPLE STATES, ATTACH AN ADDITIONAL PAGE 2 OF THIS FORM

RATING INFORMATION - STATE: NY

| LOC # | CLASS CODE | DESCR CODE | CATEGORIES, DUTIES, CLASSIFICATIONS | # EMPLOYEES FULL TIME | # EMPLOYEES PART TIME | SIC | NAICS | ESTIMATED ANNUAL REMUNERATION/ PAYROLL | RATE | ESTIMATED ANNUAL MANUAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5221 | | CONCRETE/CEMENT WK-FLOORS,DRIVEW | | | | | 50,000 | 16.79 | 8,395.00 |

### PREMIUM

| STATE: NY | FACTOR | FACTORED PREMIUM | | FACTOR | FACTORED PREMIUM |
|---|---|---|---|---|---|
| TOTAL | N/A | $ | | | $ |
| INCREASED LIMITS | | $ | SCHEDULE RATING * | | $ |
| DEDUCTIBLE * | | $ | CCPAP | | $ |
| Other | | $ 0.00 | STANDARD PREMIUM | | $ 10,097.00 |
| EXPERIENCE OR MERIT MODIFICATION | | $ 0.00 | PREMIUM DISCOUNT | | $ -370.00 |
| Terrorism / Catastrophie | | $ 32.00 | EXPENSE CONSTANT | N/A | $ 200.00 |
| ASSIGNED RISK SURCHARGE * | | $ 0.00 | TAXES / ASSESSMENTS * | N/A | $ 0.00 |
| ARAP * | | $ | | | $ |

* N/A in Wisconsin

| TOTAL ESTIMATED ANNUAL PREMIUM | MINIMUM PREMIUM | DEPOSIT PREMIUM |
|---|---|---|
| $ 9,959.00 | $ | $ |

**REMARKS (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

## PRIOR CARRIER INFORMATION / LOSS HISTORY

AGENCY CUSTOMER ID: _____

PROVIDE INFORMATION FOR THE PAST 5 YEARS AND USE THE REMARKS SECTION FOR LOSS DETAILS | | | | | LOSS RUN ATTACHED

| YEAR | CARRIER & POLICY NUMBER | ANNUAL PREMIUM | MOD | # CLAIMS | AMOUNT PAID | RESERVE |
|---|---|---|---|---|---|---|
| | CO: none | | | | | |
| | POL #: | | | | | |
| | CO: | | | | | |
| | POL #: | | | | | |
| | CO: | | | | | |
| | POL #: | | | | | |
| | CO: | | | | | |
| | POL #: | | | | | |
| | CO: | | | | | |
| | POL #: | | | | | |

## NATURE OF BUSINESS / DESCRIPTION OF OPERATIONS

GIVE COMMENTS AND DESCRIPTIONS OF BUSINESS, OPERATIONS AND PRODUCTS: MANUFACTURING - RAW MATERIALS, PROCESSES, PRODUCT, EQUIPMENT; CONTRACTOR - TYPE OF WORK, SUB-CONTRACTS; MERCANTILE - MERCHANDISE, CUSTOMERS, DELIVERIES; SERVICE - TYPE, LOCATION; FARM - ACREAGE, ANIMALS, MACHINERY, SUB-CONTRACTS.

RESIDENTIAL            FLAT            CONCRETE            WORK

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES | Y/N |
|---|---|
| 1. DOES APPLICANT OWN, OPERATE OR LEASE AIRCRAFT / WATERCRAFT? | N |
| 2. DO / HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | N |
| 3. ANY WORK PERFORMED UNDERGROUND OR ABOVE 15 FEET? | N |
| 4. ANY WORK PERFORMED ON BARGES, VESSELS, DOCKS, BRIDGE OVER WATER? | N |
| 5. IS APPLICANT ENGAGED IN ANY OTHER TYPE OF BUSINESS? | N |
| 6. ARE SUB-CONTRACTORS USED? (If "YES", give % of work subcontracted) | N |
| 7. ANY WORK SUBLET WITHOUT CERTIFICATES OF INSURANCE? (If "YES", payroll for this work must be included in the State Rating Worksheet on Page 2) | N |
| 8. IS A WRITTEN SAFETY PROGRAM IN OPERATION? | N |
| 9. ANY GROUP TRANSPORTATION PROVIDED? | N |
| 10. ANY EMPLOYEES UNDER 16 OR OVER 60 YEARS OF AGE? | N |
| 11. ANY SEASONAL EMPLOYEES? | N |
| 12. IS THERE ANY VOLUNTEER OR DONATED LABOR? (If "YES", please specify) | N |

## GENERAL INFORMATION (continued)

| EXPLAIN ALL "YES" RESPONSES | Y / N |
|---|---|
| 13. ANY EMPLOYEES WITH PHYSICAL HANDICAPS? | N |
| 14. DO EMPLOYEES TRAVEL OUT OF STATE? (If "YES", indicate state(s) of travel and frequency) | N |
| 15. ARE ATHLETIC TEAMS SPONSORED? | N |
| 16. ARE PHYSICALS REQUIRED AFTER OFFERS OF EMPLOYMENT ARE MADE? | N |
| 17. ANY OTHER INSURANCE WITH THIS INSURER? | N |
| 18. ANY PRIOR COVERAGE DECLINED / CANCELLED / NON-RENEWED IN THE LAST THREE (3) YEARS? **(Missouri Applicants - Do not answer this question)** | N |
| 19. ARE EMPLOYEE HEALTH PLANS PROVIDED? | N |
| 20. DO ANY EMPLOYEES PERFORM WORK FOR OTHER BUSINESSES OR SUBSIDIARIES? | N |
| 21. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | N |
| 22. DO ANY EMPLOYEES PREDOMINANTLY WORK AT HOME? If "YES", # of Employees: _____ | N |
| 23. ANY TAX LIENS OR BANKRUPTCY WITHIN THE LAST FIVE (5) YEARS? (If "YES", please specify) | N |
| 24. ANY UNDISPUTED AND UNPAID WORKERS COMPENSATION PREMIUM DUE FROM YOU OR ANY COMMONLY MANAGED OR OWNED ENTERPRISES? IF YES, EXPLAIN INCLUDING ENTITY NAME(S) AND POLICY NUMBER(S). | N |

**REMARKS (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

APPLICABLE IN TENNESSEE AND VERMONT: IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO ANY PARTY TO A WORKERS COMPENSATION TRANSACTION FOR THE PURPOSE OF COMMITTING FRAUD. PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, DC, FL, HI, MA, MN, NE, OH, OK, OR, VT or WA; in LA, ME, TN and VA, insurance benefits may also be denied)

IN THE DISTRICT OF COLUMBIA, WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES.

IN MASSACHUSETTS, NEBRASKA, OREGON AND VERMONT, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, MAY BE COMMITTING A FRAUDULENT INSURANCE ACT, WHICH MAY BE A CRIME AND MAY SUBJECT THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

IN WASHINGTON, IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES, AND DENIAL OF INSURANCE BENEFITS.

| APPLICANT'S SIGNATURE (Must be Officer, Owner or Partner) | DATE | PRODUCER'S SIGNATURE | NATIONAL PRODUCER NUMBER |
|---|---|---|---|
| | | | |