**EXHIBIT E**

# State of New York
## WORKERS' COMPENSATION BOARD

**NOTICE OF ELECTION OF A CORPORATION WHICH IS REQUIRED TO HAVE COVERAGE FOR ITS EMPLOYEES UNDER THE NEW YORK STATE WORKERS' COMPENSATION LAW TO EXCLUDE THE SOLE SHAREHOLDER-OFFICER OR ONE OF THE TWO OR BOTH EXECUTIVE OFFICERS-SHAREHOLDERS OF THE CORPORATION FROM SUCH COVERAGE**

To: (Print name and address of insurance carrier here)

TAKE NOTICE that under the provisions of Section 54, subdivision 6, of the Workers' Compensation Law as amended, the corporation named below elects to exclude the executive officer(s) named below from coverage under the New York State Workers' Compensation Law with respect to all the policies issued to the corporation by the insurance carrier named above.

Name of Corporation **TD Construction Services Corp**
Address of Corporation **63 Flushing Avenue Unit 346**
Incorporated Under the Laws of the State of **New York**

Type: [X] One-person corp.  [ ] Two-person corp.  (A two-person corporation may elect to exclude one or both executive officers, provided that between them they own all the stock in the corporation, and that each officer owns at least one share of stock.)

ExecutiveOfficer(s) to be Excluded from Policy
1. Name **Athena Robinson** Title **President**
2. Name _____ Title _____

## CERTIFICATION
### USE FOR ONE-PERSON CORPORATION

I, **ATHENA ROBINSON**, certify that I am the sole executive officer of the above-named corporation; that I have been since **2012** the sole owner of all issued and outstanding stock of the corporation and hold all the offices pursuant to paragraph (e) of Section 715 of the Business Corporation Law. (Affix corporate seal below, if you have one.)

Signature of Officer: **Athena R.**   Date: **10-3-12**   Telephone No.: **718-360-5057**

### USE FOR TWO-PERSON CORPORATION

We, _____ Name, _____ Title and _____ Name, _____ Title certify that we are the two executive officers of the above-named corporation, having been duly appointed by corporate resolution; that we have been since _____ Date the sole owners of all issued and outstanding stock and that each of us owns at least one share of stock of the corporation, and that we hold all of the offices pursuant to paragraph (e) of Section 715 of the Business Corporation Law. (Affix corporate seal below, if you have one.)

Signature of Officer _____ Date _____ Telephone No. _____
Signature of Officer _____ Date _____ Telephone No. _____

**THIS ELECTION IS FINAL AND BINDING UPON THE OFFICER(S) NAMED UNTIL REVOKED BY THE CORPORATION.**

CORPORATE SEAL*

See reverse side for relevant portions of Sec. 54, subd. 6 (WCL) and Sec. 715, Par. (e) of the Business Corporation Law.

C-105.51 (1-04)

*If the corporation does not have a seal, check here [ ]

www.wcb.state.ny.us