UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NORGUARD INSURANCE COMPANY,　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　14-CV-432 (FB)

　　　　　　　　　　Plaintiff,

　　-against-

RCJ CONSTRUCTION SERVICES CORPORATION,
I.T.D. CONTRACTING INC., TD CONSTRUCTION
SERVICES, IAN RITCHIE Individually, ATHENA
ROBINSON also known as Athina Robinson,
and KHALID CHOUDHARY Individually,

　　　　　　　　　　Defendants.

-----------------------------------------------------------------X

　　　　　　　A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 6, 2018, adopting in its entirety the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated January 19, 2018, which recommended the entry of default judgment against Defendants RCJ Construction Services Corporation and I.T.D. Contracting Inc. in the amount of $378,910.89; it is

　　　　　　　ORDERED and ADJUDGED that default judgment is hereby entered against Defendants RCJ Construction Services Corporation and I.T.D. Contracting Inc. in the total amount of $378,910.89.

Dated: Brooklyn, New York　　　　　　　　　　　　　　Douglas C. Palmer
　　　　　March 6, 2018　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　by:　　*/s/ Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk